ACCEPTED
01-14-00333-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 4:34:44 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00333-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

————————◆————————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/5/2015 4:34:44 PM

CHRISTOPHER A. PRINE
Clerk

## No. 1388778

In the 230th District Court of
Harris County, Texas

————————◆————————

## REGINALD HUTCHINS

*Appellant*

v.

## THE STATE OF TEXAS

*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1.       In the 230th District Court of Harris County, Texas in cause number 1388778, the State of Texas v. Reginald Hutchins, appellant filed a Motion to Suppress.

2.      After the trial court denied appellant's Motion to Suppress, appellant pled guilty and was convicted of possession of a controlled substance.

3.      Appellant was sentenced to 5 years in the Texas Department of Criminal Justice Institutional Division.

4.      The State's brief is due on January 8, 2015.

5.      An extension of time in which to file the State's brief is requested until February 8, 2015.

6.      Defendant requested, and this court granted, three previous Extensions of Time in Which to File an Appellate Brief (July 9, 2014; September 4, 2014; October 8, 2014).

7.      The State requested, and this court granted, one previous Extension of Time in which to File an Appellate Brief (December 6, 2014).

8.      The facts relied upon to explain the need for this extension are:

> On January 2, 2015 I was informed that I would be transferred from my assignment in the domestic violence division, in which I had approximately 200 active cases, to an assigned prosecutor role in a county criminal court at law. I am now primarily responsible for over 500 cases, including all cases in which there is a civilian victim, as well as approximately 25 cases currently set for jury trial. In addition to these responsibilities, I am required to spend more than four hours each day in the courtroom handling each day's docket. The State will not need any more extensions if this court grants the State's motion. This motion is not sought for delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until November 3, 2014 in which to file the State's brief in this case.

Respectfully submitted,
/s/ Joe Bramanti
**Joe Bramanti**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-0657
TBC No. 24081580
bramanti_joe@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been served to the appellant's attorney at the following address on January 5, 2015:

Tonya Rolland
4301 Yoakum Blvd.
Houston, TX 77006
Fax: 713-453-2203

/s/ Joe Bramanti
**Joe Bramanti**
Assistant District Attorney
Harris County, Texas
bramanti_joe@dao.hctx.net

Date: January 5, 2015